**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Jimmie S. Sellers v. Mary Crowe

Appellate case number:   01-19-00473-CV

Trial court case number: 816,898

Trial court:             311th District Court of Harris County

The motion for reconsideration en banc is **denied**.


It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                          Acting for the Court


Panel consists of Chief Justice Radack, and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ___April 26, 2022_____